UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| VICKI ZIEMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:23-CV-61-PPS |
| | ) |
| AETNA LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff, Vicki Ziemer, and Defendant, Aetna Life Insurance Company, filed a Stipulation of Dismissal [DE 26], stipulating to the dismissal of all claims against Defendant. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation for Dismissal [DE 26] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this cause of action in its entirety **WITH PREJUDICE**. Each party will bear its own costs and attorneys' fees. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

SO ORDERED.

ENTERED: January 10, 2024.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**